### BARBOUR *v.* THE STATE.

ATKINSON, J. Under authority of *Johnson* v. *State*, 152 *Ga.* 271 (109 S. E. 662), the court did not err in overruling the motion for new trial.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent on account of sickness.*

No. 2734. MARCH 17, 1922.

Accusation of misdemeanor. Before Judge Rourke. City Court of Savannah. June 18, 1921.

*H. Mercer Jordan,* for plaintiff in error.

*Walter C. Hartridge, solicitor-general,* contra.